United States Bankruptcy Court
Middle District of Tennessee

In re:

EARL L. LUSK, JR.,
BATHSHEBA L. LUSK,

                    Debtor(s).                    Bankruptcy Case No. 21-02676
                                                        Chapter 7
                                                         Judge MASHBURN

---

EVA M. LEMEH, TRUSTEE,

                    Plaintiff(s)                    Adversary
                                                       Proceeding No. **3:21-ap-90169**

v.

VILLAGE CAPITAL & INVESTMENT, LLC,

                    Defendant(s)

---

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

<u>To the Defendant(s)</u>: YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

<div style="border:1px solid">

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
701 BROADWAY, ROOM 170
NASHVILLE, TN 37203

</div>

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

NAME AND ADDRESS OF PLAINTIFF'S ATTORNEY:

Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF TENNESSEE<br><br>Toll-Free Call-In Number:<br>    1-833-568-8864<br>  Meeting ID 161 2444 4713 | **DATE & TIME**<br>**2/9/2022**<br>**1:45 p.m.** |
| --- | --- |

**If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the bankruptcy court and judgment by default may be taken against you for the relief demanded in the complaint.**

To the Plaintiff(s): You must serve this Summons and Notice of Pretrial Conference together with the complaint no later than 7 days after the issuance date shown below. If more than 7 days pass before service is completed, a new summons must be requested and served.

12/15/2021                                          /s/ Teresa C. Azan
Issuance Date                                     Clerk of the Bankruptcy Court

                                                    By:  /s/      Lolitha Scruggs
                                                           Courtroom Deputy Clerk



## CERTIFICATE OF SERVICE

I, <u>Phillip G. Young, Jr.</u>                                        certify that service of this summons and a copy of
the complaint was made <u>12/16/21</u>                          by:

X   Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Village Capital & Investment, LLC
c/o National Registered Agents, Inc.
300 Montvue Road
Knoxville, TN 37919-5546

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail
   addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of__, as follows: [Describe
   briefly]

☐ If service was made by personal service, by residence service, or pursuant to state law, I further certify
   that I am, and at all times during the service of process was, not less than 18 years of age and not a party
   to the matter concerning which service of process was made.

        Under penalty of perjury, I declare that the foregoing is true and correct.

Date<u>12/16/21</u>                          Signature <u>/s/ Phillip G. Young, Jr.</u>

        Print Name:                    <u>Phillip G. Young, Jr.</u>

        Business Address:              <u>6100 Tower Circle, Suite 200; Franklin, TN 37067</u>