_Randal S. Mashburn_
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 3/17/2022



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:21-bk-02676 |
| EARL L. LUSK, JR. and ) | Chapter 7 |
| BATHSHEBA L. LUSK, ) | Judge Mashburn |
|     Debtors. ) | |
| ) | |
| EVA M. LEMEH, TRUSTEE, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Adv. Proc. No. 3:21-ap-90169 |
| ) | |
| VILLAGE CAPITAL & INVESTMENT, ) | |
| LLC, ) | |
|     Defendant. ) | |
| ) | |
| ) | |

## AGREED ORDER CONTINUING PRETRIAL CONFERENCE

This matter came before the Court for a pretrial conference on March 16, 2022; and it appearing to the Court, based on statements made by counsel for the parties at the pretrial conference and by their signatures below, that good and sufficient cause exists to continue the pretrial conference; and it also appearing based upon the signatures of counsel below that the parties have agreed to certain pretrial dates;

**IT IS HEREBY ORDERED**:

The pretrial conference is continued from March 16, 2022, to May 11, 2022, 2021, at 1:45 p.m., by Zoom audio, Call-In Number 833-568-8864, Meeting ID 161 2444 4713.

It is further ordered that the Plaintiff shall have until March 25, 2022 to file an amended complaint in this matter and that the Defendant shall have until April 22, 2022 to file a response to that amended complaint.

It is further ordered that the pending Motion for Default Judgment filed by the Plaintiff is moot.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

Approved for Entry:

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
phillip@thompsonburton.com

*Attorneys Chapter 7 Trustee*

/s/ Joshua I. Goldman
Joshua I. Goldman
Padgett Law Group
6267 Old Water Oak Road, Ste. 203
Tallahassee, FL 32312
(850)422-2520
Josh.goldman@padgettlawgroup.com

*Counsel for Defendant*

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:21-ap-90169   Doc 16   Filed 03/17/22   Entered 03/17/22 11:57:29   Desc Main
Document      Page 2 of 2