*Randal S. Mashburn*
U.S. Bankruptcy Judge

Dated: 11/18/2022



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:21-bk-02676 |
| EARL L. LUSK, JR. and ) | Chapter 7 |
| BATHSHEBA L. LUSK, ) | Judge Mashburn |
| Debtors. ) | |
| ) | |
| EVA M. LEMEH, TRUSTEE, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Proc. No. 3:21-ap-90169 |
| ) | |
| VILLAGE CAPITAL & INVESTMENT, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER APPROVING COMPROMISE AND SETTLEMENT**

This matter having come for hearing on the motion (the "Motion") filed Eva M. Lemeh, chapter 7 trustee herein ("Trustee"), pursuant to section 105 of the Bankruptcy Code and Bankruptcy Rule 9019, for an order approving the compromise and settlement of the claims alleged in Adversary Proceeding No. 3:21-ap-90169 (the "AP") against Village Capital & Investment, LLC ("Village"); and no party-in-interest having timely filed a response to the Motion; and the Court being satisfied that the relief herein is appropriate under the circumstances; and the court being otherwise sufficiently advised,

IT IS HEREBY FOUND THAT:

A. The Trustee, in the proper exercise of her business judgment, determined that the relief afforded herein is in the best interests of the Debtor's creditors.

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The Trustee is hereby authorized to enter into all necessary documents, including settlement agreements or agreed orders, to accept $40,000.00 (the "Settlement Payment") plus a waiver of all claims against this bankruptcy estate in full and final settlement of the AP against Village.

3. Village shall pay the Trustee the full amount of the Settlement Payment within twenty-one (21) days of the entry of this Order.

4. Upon receipt of the Settlement Payment, the Trustee shall file a Notice of Voluntary Dismissal with Prejudice in the AP.

5. Nothing in this Order shall in any way be deemed to compromise or alter the validity of Village's lien recorded on November 29, 2021 against the real property located at 1036 Barrow Court, Murfreesboro, Tennessee.

6. The Court will retain jurisdiction to adjudicate any disputes that may arise under this order and to enforce the terms of this order.

This order was signed and entered electronically as indicated at the top of the first page.

AGREED TO AND
APPROVED FOR ENTRY:

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: 615-465-6008
phillip@thompsonburton.com

*Counsel to Trustee*

3

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

Case 3:21-ap-90169    Doc 33    Filed 11/18/22    Entered 11/18/22 12:24:12    Desc Main
Document      Page 3 of 3